UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FAIDY AZZEDINE,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants. | CASE NO. C12-5258 RJB-JRC<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING PLAINTIFF TO PROVIDE SERVICE COPIES |

The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER as follows.

Plaintiff's application for leave to proceed in forma pauperis (ECF Nos. 1 and 4) is GRANTED. Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act. The portion of the Act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DIRECTING PLAINTIFF TO PROVIDE SERVICE
COPIES - 1

1  Plaintiff has provided one service copy of the forty-one page complaint. There are four
2  named defendants not counting John and Jane Does who cannot be served. The Court orders that
3  plaintiff shall provide three more copies of the complaint. These copies must be identical to the
4  one on file and already provided. If plaintiff does not have a copy of the original he should
5  contact the Clerk's office and make arrangements for obtaining a copy. Plaintiff has until May
6  11, 2012, to comply with this order.

7  The Clerk is directed to mail a copy of this order to plaintiff and note the May 11, 2012,
8  deadline.

9  Dated this 12th day of April, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DIRECTING PLAINTIFF TO PROVIDE SERVICE
COPIES - 2