UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FAIDY AZZEDINE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Defendants. | CASE NO. 12-cv-05258 RJB JRC<br><br>ORDER RENOTING PLAINTIFF'S MOTION FOR A CHANGE OF VENUE |

The District Court has referred this action to United States Magistrate Judge, J. Richard Creatura. The action may best be described as a Federal Tort Claim. The Court's authority for the referral is 28 U.S.C. § 636 (b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

Plaintiff filed a motion for a change of venue on June 15, 2012 (ECF No. 9). Five days later, the Court received defendant Asher's waiver of service (ECF No. 10). Defendant Asher may not be aware of the pending motion and should be given the opportunity to respond. The Court, on its own motion, re-notes plaintiff's motion for change of venue for **August 17, 2012**.

1  The Court's action should give defendant Asher adequate time to respond, should she choose to
2  do so.

3      Dated this 25th day of July, 2012.

 

                                  J. Richard Creatura
                                  United States Magistrate Judge